UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-cv-21003-COOKE/DAMIAN

RICHARD KUNZ, Individually and on Behalf
of All Others Similarly Situated,

Plaintiff,

vs.

LAKEVIEW LOAN SERVICING, LLC,

Defendant.
_____/

**ORDER OF TRANSFER**

**GOOD CAUSE** appearing that a transfer of this action is appropriate pursuant to the Court's Internal Operating Procedure 2.15.00 and Local Rule 3.8, due to *Morrill v. Lakeview Loan Servicing, LLC*, Case No. 22-cv-20955-GAYLES, being of the same subject matter and arising out of the same circumstances as the present action **Case No. 22-cv-21003-COOKE** and subject to the consent of the Honorable Darrin P. Gayles, it is hereby **ORDERED and ADJUDGED** that the above-numbered action is transferred to the calendar of the Honorable Judge Darrin P. Gayles for all further proceedings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of April 2022.

_____
MARCIA G. COOKE
United States District Judge

After reviewing the court file in the above-numbered actions, the undersigned hereby accepts the transfer of said case. Therefore, it is

**ORDERED and ADJUDGED** that all pleadings hereinafter filed shall bear **Case No. No. 22-cv-21003-GAYLES** thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

**THE FOREGOING** transfer is herewith accepted this 2nd day of May 2022.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

*Copies furnished to:*
*All Counsel of Record*
*Clerk of Courts*